# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Caryn Pecorella-Fabrizio, *et al.*, | Civil Action |
| | No. 3:08-cv-00348 |
| Plaintiffs, | |
| | |
| v. | |
| | Honorable Yvette Kane, J. |
| | |
| Christopher Boheim, *et al.*, | |
| | |
| Defendants. | |

## Bill of Costs

Judgment having been entered in the above action on November 16, 2011, in favor of Defendants, Christopher Boheim and Pocono Mountain Regional Police Department, and against Plaintiff, the Court or Clerk is requested to tax the following as costs.

Respectfully submitted,

**DEASEY, MAHONEY, VALENTINI & NORTH, LTD.**

By: _____
John P. Morgenstern, Esquire
Pennsylvania Attorney Identification No. 80014
Rufus A. Jennings, Esquire
Pennsylvania Attorney Identification No. 93030
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone:   (215) 587-9400
Fax:     (215) 587-9400
Email:   jpmorgenstern@dmvnlaw.com

Attorneys for Defendants

Date: 12/2/11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Caryn Pecorella-Fabrizio, *et al.*, | : | Civil Action |
| | : | No. 3:08-cv-00348 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Honorable Yvette Kane, J. |
| | : | |
| Christopher Boheim, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## Bill of Costs

1. <u>Court Reporter Fees (invoices attached hereto)</u>:

   | | |
   |---|---|
   | Caryn Pecorella-Fabrizio | $527.80 |
   | Andrew Fabrizio | $261.00 |
   | Shipping and Expenses: | $189.40 |
   | Christopher Boheim | $110.25 |
   | Bonnie D'Angelo | $120.75 |
   | Shipping: | $5.50 |
   | **Subtotal:** | **$1,214.70** |

2. <u>Other</u>

   | | |
   |---|---|
   | Copying Costs: | $412.95 |
   | Facsimile Costs: | $62.01 |
   | **Subtotal:** | **$474.96** |
   | **TOTAL:** | **$1,689.66** |



**VERITEXT**
National Deposition & Litigation Services
BETTER IN EVERY CASE

**Ambassador Legal Services**
A VERITEXT COMPANY

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 800-486-9868  Fax. 973-629-1233

| Bill To: | | | | |
|---|---|---|---|---|
| Scottsdale Insurance Company | | Invoice #: | | AMB114964 |
| 8877 North Gainey Center Drive | | Invoice Date: | | 05/05/2011 |
| Scottsdale, AZ 85258 | | Balance Due: | | $0.00 |

| | | | |
|---|---|---|---|
| Case: | Caryn Pecorella-Fabrizio v. Pocono Mountain Regional Police Depart | Claim # | 1115061 |
| Job #: | 179905  \|  Job Date: 04/01/2011  \|  Delivery: Normal | DOL | 1/3/08 |
| Billing Atty: | | Insured | Pocono Mountain Regiona |
| Location: | U.S.D.C. for the Middle District - Scranton Division | | |
| | William J. Nealon Federal Building & U.S. Courthouse \| 235 N. Washin | | |
| Sched Atty: | Deasey Mahoney Valentini & North, LTD \| John Morgenstern, Esq. | | |
| Reporter: | Veritext Slifer                                         Inv # PA14882 | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Caryn Peccorella-Fabrizio | Transcript - Original & 1 copy | Page | 182.00 | $2.90 | $527.80 |
| 2 | Andrew Fabrizio | Transcript - Original & 1 copy | Page | 90.00 | $2.90 | $261.00 |
| 3 | Caryn Peccorella-Fabrizio | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| 4 | | Expenses | | 1.00 | $75.00 | $75.00 |
| 5 | | Exhibits | Page | 287.00 | $0.20 | $57.40 |
| 6 | | Shipping & handling | Package | 1.00 | $18.00 | $18.00 |

Notes:

| | |
|---|---|
| | Invoice Total: $978.20 |
| | Payment: ($978.20) |
| | Credit: |
| | Interest: |
| Fed. Tax ID: 20-3134905        Term: Net 30 | Balance Due: $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:

**Ambassador Legal Services**
25B Vreeland Road, Suite 301
Florham Park, NJ 07932

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

For more information on charges related to our services please consult www.veritext.com/serviceinfo

| | |
|---|---|
| Invoice #: | AMB114964 |
| Job #: | 179905 |
| Invoice Date: | 05/05/2011 |
| Balance: | $0.00 |

# Panko Reporting

537 Sarah Street, Second Floor
Stroudsburg, PA 18360
Phone (570) 421-3620  Fax (570) 421-3857

**INVOICE #25043 eb**

Federal Tax I.D. # 23-2854668

**DATE: July 5, 2011**

Deasey, Mahoney, Valentini & North
RUFUS A. JENNINGS, ESQ.
1601 Market St.
Philadelphia, PA  19103

**TERMS:**
Amounts 45 days past due from invoice date are subject to a 1 1/2 per month (18% annual) finance charge.

FABRIZIO VS. BOHEIM, ET AL.

| | | | |
|---|---|---|---|
| copy | Deposition of Detectrive Christopher Boheim<br>Taken on June 20, 2011, in Pocono Summit, PA | 63 pages | 110.25 |
| copy | Deposition of Bonnie D'Angelo<br>Taken on June 20, 2011, in Pocono Summit, PA | 69 pages | 120.75 |

| | |
|---|---|
| SUBTOTAL | 231.00 |
| SHIPPING | 5.50 |
| **TOTAL** | **236.50** |

Please indicate invoice number on check.  Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Caryn Pecorella-Fabrizio, *et al.*, | Civil Action |
| | No. 3:08-cv-00348 |
| Plaintiffs, | |
| v. | Honorable Yvette Kane, J. |
| Christopher Boheim, *et al.*, | |
| Defendants. | |

### Declaration of Rufus A. Jennings, Esquire

I, Rufus A. Jennings, Esquire, hereby declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in the defense of this action, and that any services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

> Joshua M. Autry, Esquire
> **BOYLE, AUTRY & MURPHY**
> 4660 Trindle Road, Suite 200
> Camp Hill, PA 17011

**DEASEY, MAHONEY, VALENTINI & NORTH, LTD.**

By: _____
Rufus A. Jennings, Esquire
Attorney for Defendants

Date: 12/2/11

Costs are taxed in the amount of $1,689.66 and entered as a judgment against Plaintiffs, Caryn Pecorella-Fabrizio and Andrew Fabrizio.

_____    By:    _____        _____
Clerk of Court                          Deputy Clerk                              Date